IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE A. NADER,**<br>*Petitioner,*<br><br>v.<br><br>**LATHAM & WATKINS LLP,**<br>*Respondent.* | Case No. 23-CV-2520-RDM |

**LATHAM & WATKINS LLP'S NOTICE OF SUBMISSION OF INFORMATION ABOUT RELATED FILING IN D.C. SUPERIOR COURT**

Latham & Watkins ("Latham") respectfully submits this notice to inform the Court that it is filing a motion to confirm the final arbitration award in the Superior Court of the District of Columbia.

In Latham's November 8, 2023 Opposition to Nader's First Amended Petition to Vacate Arbitration Award and Counterclaim to Confirm the Award, Latham stated that it intended to separately, and in parallel, file a motion to confirm the arbitration award in the Superior Court of the District of Columbia, given that this court lacked subject matter jurisdiction. (Resp't's Opp'n at 1 n.1). Although the above-captioned proceeding remains pending, Latham is filing its Motion to Confirm now before the applicable one-year statute of limitations expires in order to forestall any future claim by Nader that Latham is barred from seeking to confirm the arbitration award. *See* 9 U.S.C. § 9. As previously noted in Latham's Opposition, should this Court accept jurisdiction over Nader's Amended Petition, Latham will move to dismiss the parallel proceeding in the Superior Court. (Resp't's Opp'n at 1, n.1)

Respectfully submitted this 16th day of April, 2024.

        /s/ *Brian E. Kowalski*
        Brian E. Kowalski
        D.C. Bar No. 500064
        Natalie Hardwick Rao
        D.C. Bar No. 1009542
        Rebekah L. Soule
        D.C. Bar No. 1033203
        LATHAM & WATKINS LLP
        555 Eleventh Street NW, Suite 1000
        Washington, D.C.  20004
        Telephone: (202) 637-2200
        Email: brian.kowalski@lw.com

        Richard D. Owens
        (admitted Pro Hac Vice)
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: richard.owens@lw.com

        *Counsel for Latham & Watkins LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16 day of April, 2024, I caused a copy of the foregoing Notice of Submission of Information to be sent via email to counsel for Petitioner Barry Coburn at barry@coburngreenbaum.com.

*/s/ Brian E. Kowalski*
Brian E. Kowalski