UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE A. NADER,                                    :
                                                    :
    Petitioner,                                 :
                                                    :
    v.                                          :          Case No. 1:23-cv-02520-RDM
                                                    :
LATHAM & WATKINS LLP,                               :
                                                    :
    Respondent.                                 :

PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITIES

Petitioner, through counsel, respectfully submits this Notice of Supplemental Authorities relating to the requirements for federal question jurisdiction prescribed by *Badgerow v. Walters,* 596 U.S. 1 (2022). We note that there have been a series of *Badgerow*-related opinions issued since the filing of the opinion in *Friedler v. Stifel, Nicolaus & Company, Inc.,* 108 F.4th 241 (4th Cir. 2024), upon which Respondent relies in its Notice of Supplemental Authority (Dkt. No. 52). *Friedler* suggests that something more, other than a federal question being alleged "on the face of" the petition seeking review of an arbitration award, may be needed to confer federal question jurisdiction. So far as we can determine, not one of the available post-*Friedler* cases adopts this reasoning. Rather, all appear to rely upon the plain language in *Badgerow,* with which we unambiguously complied in our Amended Petition seeking vacation of the arbitration award, requiring that the bases for federal question jurisdiction appear "on the face of" the petition. This includes a post-*Friedler* Fourth Circuit opinion. *See, e.g., Marine Club Manager, Inc. v. RB Commer. Mortg. LLC,* No. 23-1841, 2024 U.S. App. LEXIS 19148, 2024 WL 3617552 n.1 (4th Cir. August 1, 2024) (a federal court "must have a basis for subject matter jurisdiction . . . apparent on the face of the application"); *Newby v. Treyled Life Settlments LLC,* Case No.

1:24-cv-00886-JLT-SAB, 2024 U.S. Dist. LEXIS 172425 (E.D. Cal. September 24, 2024)

(relying on *Badgerow* language relating to the "face of the vacatur petition"); *Herskovic v.*

*Verizon Wireless,* No. 23-648, 2024 U.S. App. LEXIS 23554, 2024 WL 4212191 (September 17,

2024) (the federal question must be "presented on the face of the plaintiff's properly pleaded

complaint"); *Sec. Am., Inc., v. Smith,* No. 1:24-cv-00126 (AMN), 2024 U.S. Dist. LEXIS

158122, 2024 WL 4025873 (N.D.N.Y September 3, 2024) (a jurisdictional basis independent of

the FAA must appear on the face of the application itself).

Date:   October 14, 2024                Respectfully submitted,

                                        /s/ Barry Coburn_____
                                        Barry Coburn
                                        DC Bar No. 358020
                                        Coburn & Greenbaum PLLC
                                        1710 Rhode Island Avenue, NW
                                        2nd Floor
                                        Washington, DC 20036
                                        202-643-9472
                                        barry@coburngreenbaum.com

                                        *Counsel for Petitioner*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of October, 2024, I caused a copy of this notice to be

served via ECF upon all counsel of record, including:

Richard D. Owens, Esq.
Latham & Watkins, LLP
1271 Avenue of the Americas
New York, NY 10022-4068
Richard.owens@lw.com

Brian E. Kowalski, Esq.
Natalie Hardwick Rao, Esq.
Rebekah L. Soule, Esq.
Latham & Watkins, LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
Brian.kowalski@lw.com
Natalie.rao@lw.com
Rebekah.soule@lw.com


____/s/ Barry Coburn_____
Barry Coburn