UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. NADER, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 1:23-cv-02520-RDM |
| | : |
| LATHAM & WATKINS LLP, | : |
| | : |
| Respondent. | : |

PETITIONER'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITIES

Petitioner, through counsel, respectfully submits this Second Notice of Supplemental Authorities relating to whether a substantial federal question is presented in our Amended Petition. In *Trump Media & Technology Grp. Corp. v. ARC Glob. Invs. II LLC,* Case No. 8:24-cv-02161-KKM-AEP, 2024 U.S. Dist. LEXIS 166972, 2024 WL 4212175 (M.D. Fla. September 17, 2024), in evaluating whether a "substantial federal question" is presented, the Court provides a useful comparison between the facts presented there versus those in *Ayres v. Gen. Motors Corp.,* 234 F.3d 514 (11th Cir. 2000). We thought this comparison might be useful to the Court as it evaluates whether our Petition presents a substantial federal question, given that this case arises in the context of a federal criminal prosecution, and the ultimate question to be

evaluated in the Court's review of the Arbitration Award is whether the Award is unreasonable in that it is violative of principles of federal public policy.

Date:   October 17, 2024                    Respectfully submitted,

/s/ Barry Coburn_____
Barry Coburn
DC Bar No. 358020
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
202-643-9472
barry@coburngreenbaum.com

*Counsel for Petitioner*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of October, 2024, I caused a copy of this notice to be served via ECF upon all counsel of record, including:

Richard D. Owens, Esq.
Latham & Watkins, LLP
1271 Avenue of the Americas
New York, NY 10022-4068
Richard.owens@lw.com

Brian E. Kowalski, Esq.
Natalie Hardwick Rao, Esq.
Rebekah L. Soule, Esq.
Latham & Watkins, LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
Brian.kowalski@lw.com
Natalie.rao@lw.com
Rebekah.soule@lw.com


____/s/ Barry Coburn____
Barry Coburn