## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE NADER, | |
| *Petitioner*, | |
| v. | Civil Action No. 23-2520 (RDM) |
| LATHAM & WATKINS, | |
| *Respondent*. | |

## <u>ORDER</u>

For the reasons explained in the Court's memorandum opinion, Dkt. 59, it is hereby

**ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of

the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

<u>/s/ Randolph D. Moss</u>
RANDOLPH D. MOSS
United States District Judge

Date:  January 15, 2025