# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GEORGE A. NADER,**
    *Petitioner,*

 *v.*

**LATHAM & WATKINS LLP,**
    *Respondent.*

Case No. 23-CV-2520-RDM

## JOINT NOTICE OF PROPOSED REDACTIONS TO MEMORANDUM OPINION

In accordance with the Court's Order of January 23, 2025, the parties respectfully submit proposed redactions to the Court's January 15, 2025 Memorandum Opinion, attached under seal as Exhibit A.  The proposed redactions are consistent with the Court's May 28, 2024 Memorandum Opinion and Order and with redactions in the parties' previously filed submissions in the above-captioned matter.

Respectfully submitted this 31st day of January, 2025.

/s/ Brian E. Kowalski
Brian E. Kowalski
D.C. Bar No. 500064
Natalie Hardwick Rao
D.C. Bar No. 1009542
Rebekah L. Soule
D.C. Bar No. 1033203
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C.  20004
Telephone: (202) 637-2200
Email: brian.kowalski@lw.com

Richard D. Owens

(admitted Pro Hac Vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: richard.owens@lw.com

*Counsel for Latham & Watkins LLP*

/s/ Barry Coburn (*with permission*)
Barry Coburn
D.C. Bar No. 358020
Coburn Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
202-643-9472
barry@coburngreenbaum.com

*Counsel for Petitioner*